# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL GIVENS, | No. 4:19-CV-01266 |
|---|---|
| Plaintiff. | (Judge Brann) |
| v. | |
| JOHN E. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

### AUGUST 27, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Michael Givens' second motion to proceed *in forma pauperis* (Doc. 8) is **GRANTED**, while the first motion (Doc. 2) is **DENIED** as moot;

2. Givens' complaint (Doc. 1) is **DISMISSED**. Dismissal of claims related to the August 2017 Incident, Prison Transfer, March 2019 Incident, conditions of confinement in general population or refusal to transfer Givens to the SNU, and denial of equal protection are dismissed without prejudice, while all other claims are dismissed with prejudice; and

3. Givens may, within 30 days of the date of this Order, file an amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge